# EXHIBIT 3

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>BAKER & McKENZIE LLP<br>Bradford K. Newman, Esq. (SBN 178902)<br>10250 Constellation Blvd., Suite 1850<br>Los Angeles, California 90026<br>TELEPHONE NO.: (310) 201-4758   FAX NO. *(Optional)*: (310) 201-4721<br>E-MAIL ADDRESS *(Optional)*: bradford.newman@bakermckenzie.com<br>ATTORNEY FOR *(Name)*: DFINITY USA RESEARCH, LLC | FOR COURT USE ONLY<br><br>Electronically Filed<br>by Superior Court of CA,<br>County of Santa Clara,<br>on 6/1/2022 12:52 PM<br>Reviewed By: R. Fleming<br>Case #22CV398321<br>Envelope: 9114139 |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA<br>STREET ADDRESS: 191 N. First Street<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: San Mateo, California 95113<br>BRANCH NAME: | |
| PLAINTIFF/PETITIONER: DFINITY USA RESEARCH, LLC, etc.; et al.<br>DEFENDANT/RESPONDENT: ERIC BRAVICK, an individual; et al. | CASE NUMBER:<br>22CV398321 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>20677441 |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ✓ summons
   b. ✓ complaint
   c. ✓ Alternative Dispute Resolution (ADR) package
   d. ✓ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ✓ other *(specify documents)*: Civil Lawsuit Notice

3. a. Party served *(specify name of party as shown on documents served)*:
      ERIC BRAVICK, an individual

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served:
   1523 Bee Court, Traverse City, Michigan 49686

5. I served the party *(check proper box)*
   a. ✓ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1) on *(date)*: 05/25/2022   (2) at *(time)*: 4:00 p.m. (EDT)
   b. ☐ **by substituted service.** On *(date)*:        at *(time)*:        I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:        from *(city)*:        or ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10<br>American LegalNet, Inc.<br>www.FormsWorkflow.com |
|---|---|---|

| | |
|---|---|
| PLAINTIFF/PETITIONER: DFINITY USA RESEARCH, LLC, etc.; et al. | 22CV398321 |
| DEFENDANT/RESPONDENT: ERIC BRAVICK, an individual; et al. | |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date)*:            (2) from *(city)*:

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section)*:

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☑ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as occupant.
   d. ☐ On behalf of *(specify)*:
      under the following Code of Civil Procedure section:
      ☑ 416.10 (corporation)         ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation) ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership) ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)       ☐ 415.46 (occupant)
                                     ☐ other:

7. **Person who served papers**
   a. Name: Neil Guttenberg
   b. Address: 3855 Hammond Road East, Traverse City, Michigan 49686
   c. Telephone number: (231) 360-6567
   d. **The fee** for service was: $ 292.50
   e. I am:
      (1) ☑ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☐ a registered California process server:
         (i) ☐ owner ☐ employee ☐ independent contractor.
         (ii) Registration No.:
         (iii) County:

8. ☑ **I declare** under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.
   or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: May 27, 2022

NEIL GUTTENBERG
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

*[signature]* 5/27/2022
(SIGNATURE )