GABRIEL M. RAMSEY (SBN 209218)
gramsey@crowell.com
JOACHIM B. STEINBERG (SBN 298066)
jsteinberg@crowell.com
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Telephone: 415.986.2800
Facsimile:  415.986.2827

Attorneys for Defendant
ERIC BRAVICK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DFINITY USA RESEARCH, LLC, a limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ERIC BRAVICK, an individual and DOES 1 through 100, inclusive,<br><br>Defendant. | Case No. 5:22-cv-03732<br><br>**DECLARATION OF JOACHIM B. STEINBERG IN SUPPORT OF DEFENDANT ERIC BRAVICK'S NOTICE OF REMOVAL**<br><br>(Santa Clara Superior Court Case No. 22CV398321)<br><br>Complaint filed: May 11, 2022 |

I, Joachim B. Steinberg hereby declare and state as follows:

1. I am a counsel with the law firm of Crowell & Moring LLP, counsel for Eric Bravick ("Defendant" or "Bravick"). I am admitted to the bars of California and New York. I am over eighteen years old. I make this declaration, except where noted, of my own personal knowledge, and, if called upon to do so, could and would testify competently to the facts that it contains.

2. This Declaration is submitted in support of Defendant's Notice of Removal of the state court action, *Dfinity USA Research, LLC v. Eric Bravick, et al.*, Case No. 22CV398321, from the Superior Court of the State of California for the County of Santa Clara to the United States District Court for the Northern District of California.

3. It has been reported to me that at the time of the filing of the state court action on May 11, 2022 and since that time, Mr. Bravick has resided in Traverse City, Michigan.

I declare under penalty of perjury under the laws of the state of California and the United States of America that the foregoing is true and correct.

Executed on June 24, 2022 at San Francisco, California.

_____
Joachim B. Steinberg