GABRIEL M. RAMSEY (SBN 209218)
    gramsey@crowell.com
JOACHIM B. STEINBERG (SBN 298066)
    jsteinberg@crowell.com
CROWELL & MORING LLP
3 Embarcadero Center
26th Floor
San Francisco, CA 94111
Telephone: 415.986.2800
Facsimile:  415.986.2827

Attorneys for Defendant
ERIC BRAVICK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DFINITY USA RESEARCH, LLC, a limited liability company,<br><br>          Plaintiff,<br><br>   v.<br><br>ERIC BRAVICK, an individual and DOES 1 through 100, inclusive,<br><br>          Defendant. | Case No. 5:22-cv-03732<br><br>**CERTIFICATE OF SERVICE OF DEFENDANT ERIC BRAVICK'S NOTICE OF REMOVAL**<br><br>(Santa Clara Superior Court Case No. 22CV398321)<br><br>Complaint filed: May 11, 2022 |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

CERTIFICATE OF SERVICE OF DEFENDANT
ERIC BRAVICK'S NOTICE OF REMOVAL;
CASE NO. 5:22-cv-03732

# CERTIFICATE OF PERSONAL SERVICE

<u>Dfinity USA Research, LLC v. Eric Bravick, et al.</u>
U.S. District Court (N.D. Cal.), Case No. 5:22-cv-03732

I William H. Morris, state:

My business address is 3 Embarcadero Center, 26th Floor, San Francisco, CA 94111. I am over the age of eighteen years and not a party to this action.

On June 24, 2022, at approximately 10:51 a.m., I served a copy of the following documents:

**DEFENDANT ERIC BRAVICK'S NOTICE OF REMOVAL;**

**DECLARATION OF JOACHIM B. STEINBERG IN SUPPORT OF DEFENDANT ERIC BRAVICK'S NOTICE OF REMOVAL; and**

**CERTIFICATE OF SERVICE OF DEFENDANT ERIC BRAVICK'S NOTICE OF REMOVAL**

by personally delivering the documents to the persons listed below:

| | |
|---|---|
| Christina M. Wong<br>Brandon N. Lee<br>Baker & McKenzie LLP<br>Two Embarcadero Center, 11th Floor<br>San Francisco, CA 94111<br>Telephone: 415.576.3000<br>Facsimile: 415.576.3099<br>christina.wong@bakermckenzie.com<br>brandon.lee@bakermckenzie.com | Attorneys for Plaintiff<br>Dfinity USA Research, LLC |

For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist (Eric Barberena) or an individual in charge of the office. For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 24, 2022, at San Francisco, California.

*/s/ William H. Morris*
William H. Morris

# CERTIFICATE OF SERVICE

*Dfinity USA Research, LLC v. Eric Bravick, et al.*
U.S. District Court (N.D. Cal.), Case No. 5:22-cv-03732

I, William H. Morris, state:

My business address is 3 Embarcadero Center, 26th Floor, San Francisco, CA 94111. I am over the age of eighteen years and not a party to this action.

On the date set forth below, I served the foregoing document(s) described as:

**DEFENDANT ERIC BRAVICK'S NOTICE OF REMOVAL;**

**DECLARATION OF JOACHIM B. STEINBERG IN SUPPORT OF DEFENDANT ERIC BRAVICK'S NOTICE OF REMOVAL; and**

**CERTIFICATE OF SERVICE OF DEFENDANT ERIC BRAVICK'S NOTICE OF REMOVAL**

on the following person(s) in this action:

| | |
|---|---|
| Bradford K. Newman<br>Baker & McKenzie LLP<br>600 Hansen Way<br>Palo Alto, CA 94304-1044<br>Telephone: 650.856.2400<br>Facsimile: 650.856.9299<br>bradford.newman@bakermckenzie.com | Attorneys for Plaintiff<br>Dfinity USA Research, LLC |
| Dfinity USA Research, LLC<br>411 Acacia Avenue<br>Palo Alto, CA 94306 | Plaintiff |
| Dfinity USA Research, LLC<br>c/o CT Corporation System<br>330 N. Brand Boulevard, Suite 700<br>Glendale, California 91203 | Plaintiff |

[x] BY FIRST CLASS MAIL: I am employed in the City and County of San Francisco where the mailing occurred. I enclosed the document(s) identified above in a sealed envelope or package addressed to the person(s) listed above, with postage fully paid. I placed the envelope or package for collection and mailing, following our ordinary business practice. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.

[ ] BY MESSENGER SERVICE: I served the document(s) identified above by placing them in an envelope or package addressed to the person(s) listed above and

1  providing them to a professional messenger service for service. A declaration of personal service by the messenger will be filed within five (5) days.

2

3  ☐ BY OVERNIGHT DELIVERY: I enclosed the document(s) identified above in a sealed envelope or package addressed to the person(s) listed above, in an envelope or package designated by the overnight delivery carrier with delivery fees paid or provided for. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier, or by delivering to a courier or driver authorized by the overnight delivery carrier to receive documents.

4

5

6

7  ☐ BY FACSIMILE: Based on an agreement of the parties to accept service by facsimile transmission, I faxed the document(s) identified above to the person(s) at the fax number(s) listed above. The transmission was reported complete and without error. I have attached a copy of the transmission report that was issued by the facsimile machine.

8

9

10 ☐ BY ELECTRONIC SERVICE VIA ONE LEGAL: Pursuant to CCP 1010.6 and CRC 2.251, I electronically served the document(s) listed above on the person(s) associated with the email addresses shown on the Transaction Receipt maintained on the One Legal website by uploading those documents to One Legal service for email notification and retrieval by the notified persons. To the best of my knowledge, at the time of the transmission, the transmission was reported as complete and without error.

11

12

13

14 ☐ BY ELECTRONIC MAIL: Based on a court order or an agreement of the parties to accept service by electronic mail, I caused the document(s) identified above to be transmitted electronically to the person(s) at the e-mail address(es) listed in the attached Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

15

16

17  I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

18  Executed on June 24, 2022 at San Francisco, California.

19

20  _____
    William H. Morris

CROWELL & MORING LLP
ATTORNEYS AT LAW

-4-

CERTIFICATE OF SERVICE OF DEFENDANT
ERIC BRAVICK'S NOTICE OF REMOVAL;
CASE NO. 5:22-cv-03732