UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DFINITY USA RESEARCH LLC,<br>　　　　Plaintiff,<br>　　v.<br>ERIC BRAVICK,<br>　　　　Defendant. | Case No. 22-cv-3732-NC<br><br>**ORDER TO SHOW CAUSE: LACK OF SUBJECT MATTER JURISDICTION**<br><br>Re: ECF 1 |

In removing this case to federal court, Defendant alleges that complete diversity exists among the parties because Plaintiff is a citizen of California and Defendant is a citizen of Michigan. ECF 1 at 3. In assessing Plaintiff's citizenship, Defendant applies 28 U.S.C. § 1332(c)(1), which states that a corporation is a citizen of both its place of incorporation and its principal place of business.

But the rules for Limited Liability Corporations (LLCs), like Plaintiff, are different. An LLC "is a citizen of every state of which its owners/members are citizens." *3123 SMB, LLC v. Horn,* 880 F.3d 461, 465 (9th Cir. 2018). The place of incorporation is not relevant to LLC citizenship. *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006).

"The party seeking to invoke the district court's diversity jurisdiction always bears the burden of both pleading and proving diversity jurisdiction." *Rainero v. Archon Corp.*,

1  844 F.3d 832, 839 (9th Cir. 2016). Here, Defendant has neither pled nor proven the
2  citizenship of Plaintiff. And, therefore, he has neither pled nor proven complete diversity.
3  Accordingly, Defendant is ORDERED to show cause in writing why this case should not
4  be remanded to state court for lack of subject matter jurisdiction by July 13, 2022.
5  **IT IS SO ORDERED.**

7  Dated:  June 28, 2022                                             _____
                                                                      NATHANAEL M. COUSINS
8                                                                     United States Magistrate Judge