GABRIEL M. RAMSEY (SBN 209218)
gramsey@crowell.com
JOACHIM B. STEINBERG (SBN 298066)
jsteinberg@crowell.com
CROWELL & MORING LLP
3 Embarcadero Center
26th Floor
San Francisco, CA 94111
Telephone: 415.986.2800
Facsimile: 415.986.2827

Attorneys for Defendant
ERIC BRAVICK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DFINITY USA RESEARCH, LLC, a limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ERIC BRAVICK, an individual and DOES 1 through 100, inclusive,<br><br>Defendant. | Case No. 5:22-cv-03732<br><br>**CERTIFICATE OF SERVICE OF ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES AND OTHER DOCUMENTS SPECIFIED BY LOCAL RULE 4-2**<br><br>Complaint filed: May 11, 2022 |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

CERTIFICATE OF SERVICE OF ORDER SETTING
INITIAL CASE MANAGEMENT CONFERENCE AND
ADR DEADLINES, ETC; CASE NO. 5:22-cv-03732

SFACTIVE-906721272.1

# CERTIFICATE OF SERVICE

*Dfinity USA Research, LLC v. Eric Bravick, et al.*
U.S. District Court (N.D. Cal.), Case No. 5:22-cv-03732

I, William H. Morris, state:

My business address is 3 Embarcadero Center, 26th Floor, San Francisco, CA 94111.  I am over the age of eighteen years and not a party to this action.

On the date set forth below, I served the foregoing document(s) described as:

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;**

**CIVIL STANDING ORDER / MAGISTRATE JUDGE NATHANIEL M. COUSINS;**

**STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA – CONTENTS OF JOINT CASE MANAGEMENT STATEMENT;**

**ECF REGISTRATION INFORMATION;**

**NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL;**

**CONSENTING TO THE JURISDICTION OF A MAGISTRATE JUDGE; and**

**CERTIFICATE OF SERVICE OF ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES AND OTHER DOCUMENTS SPECIFIED BY LOCAL RULE 4-2**

on the following person(s) in this action:

| | |
|---|---|
| Christina M. Wong<br>Brandon N. Lee<br>Baker & McKenzie LLP<br>Two Embarcadero Center, 11th Floor<br>San Francisco, CA 941 11<br>Telephone: 415.576.3000<br>Facsimile: 415.576.3099<br>christina.wong@bakermckenzie.com<br>brandon.lee@bakermckenzie.com | Attorneys for Plaintiff<br>Dfinity USA Research, LLC |

CROWELL & MORING LLP
ATTORNEYS AT LAW

-2-

CERTIFICATE OF SERVICE OF ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, ETC;  CASE NO. 5:22-cv-03732

SFACTIVE-906721272.1

| | |
|---|---|
| Bradford K. Newman<br>Baker & McKenzie LLP<br>600 Hansen Way<br>Palo Alto, CA 94304-1044<br>Telephone: 650.856.2400<br>Facsimile: 650.856.9299<br>bradford.newman@bakermckenzie.com | Attorneys for Plaintiff<br>Dfinity USA Research, LLC |

☒ BY FIRST CLASS MAIL: I am employed in the City and County of San Francisco where the mailing occurred. I enclosed the document(s) identified above in a sealed envelope or package addressed to the person(s) listed above, with postage fully paid. I placed the envelope or package for collection and mailing, following our ordinary business practice. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.

☐ BY MESSENGER SERVICE: I served the document(s) identified above by placing them in an envelope or package addressed to the person(s) listed above and providing them to a professional messenger service for service. A declaration of personal service by the messenger will be filed within five (5) days.

☐ BY OVERNIGHT DELIVERY: I enclosed the document(s) identified above in a sealed envelope or package addressed to the person(s) listed above, in an envelope or package designated by the overnight delivery carrier with delivery fees paid or provided for. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier, or by delivering to a courier or driver authorized by the overnight delivery carrier to receive documents.

☐ BY ELECTRONIC MAIL: Based on a court order or an agreement of the parties to accept service by electronic mail, I caused the document(s) identified above to be transmitted electronically to the person(s) at the e-mail address(es) listed in the attached Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on June 30, 2022 at San Francisco, California.

William H. Morris

-3- CERTIFICATE OF SERVICE OF ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, ETC; CASE NO. 5:22-cv-03732

CROWELL & MORING LLP
ATTORNEYS AT LAW

SFACTIVE-906721272.1