1  GABRIEL M. RAMSEY (SBN 209218)
    gramsey@crowell.com
2  JOACHIM B. STEINBERG (SBN 298066)
    jsteinberg@crowell.com
3  CROWELL & MORING LLP
    3 Embarcadero Center, 26th Floor
4  San Francisco, CA 94111
    Telephone: 415.986.2800
5  Facsimile:  415.986.2827

6  Attorneys for Defendant
    ERIC BRAVICK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DFINITY USA RESEARCH, LLC, a limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ERIC BRAVICK, an individual and DOES 1 through 100, inclusive,<br><br>Defendant. | Case No. 5:22-cv-03732-NC<br><br>**DECLARATION OF ERIC BRAVICK IN SUPPORT OF DEFENDANT ERIC BRAVICK'S MOTION TO DISMISS AND REQUEST FOR JUDICIAL NOTICE**<br><br>Complaint filed: May 11, 2022 |

I, ERIC BRAVICK, declare as follows:

1. I am over eighteen years old and I have personal, firsthand knowledge of the facts stated in this declaration and, if called as a witness, could and would competently testify thereto.

2. This declaration is submitted in support of Defendant's Motion to Dismiss as well as Defendant's Request for Judicial Notice.

3. A true and correct copy of an email from Christopher Tarpley, sent to me on October 4, 2021 is attached as Exhibit 1. This email is referenced in Plaintiff's Complaint at paragraph 12.

4. A true and correct copy of an email from Bradford Newman, sent to me on November 2, 2021 is attached as Exhibit 2. This email is referenced in Plaintiff's Complaint at paragraph 13.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 1st day of July, 2022, at Traverse City, Michigan.

_____
ERIC BRAVICK

# EXHIBIT 1

Case 5:22-cv-03732-EJD   Document 8-1   Filed 07/01/22   Page 3 of 11



Eric Bravick <ebravick@gmail.com>

## Recovery of DFINITY hardware

**Christopher Tarpley** <christopher.tarpley@dfinity.org>  Mon, Oct 4, 2021 at 1:58 PM
To: ebravick@gmail.com
Cc: Luis Mompo Handen <luis@dfinity.org>, Josh Drake <josh.drake@dfinity.org>, Katie Peters <katie.peters@dfinity.org>

Hi Eric,

DFINITY needs to recover some hardware in your possession with regards to your former role with DFINITY. This is the inventory provided by Bluechip as hardware confirmed delivered to your data center address:

|  | Part Number | Description | Quantity |
|---|---|---|---|
| Shipped From BCT | 407-BBOU | DELL NETWORKING TRANSCEIVER, SFP+,10GBE,SR,850nm WAVELENGTH,300M REACH | 1 |
| Shipped From BCT | 407-BBZL | DELL NETWORKING ADATAPER, QSFP28 TO QSFP28 FOR SELECT OPTICS ONLY | 2 |
| Shipped From BCT | SYS-5019D-FN8TP | SKYLAKE D, X11SDV-TPBF, 505-203B | 2 |
| Shipped From BCT | GT-C628MB-K6 | CAT6 550MHZ STRAIGHT THROUGH 28AWG CLEAR MOLDED | 18 |
| Shipped From BCT | AP79208 | RACK PDU SWITCHED 1U 12A 208V PERP 10A 230V 8 C13 | 1 |
| Shipped From BCT | 210-ALSU | Dell EMC Switch S4148T-ON, | 2 |
| Shipped From BCT | 210-AEDQ | S3048-ON, 48x 1GbE, 4x SFP+ 10GbE ports | 2 |
| Shipped From BCT | 407-BBXT | Dell Networking Transceiver, 40GbE, Bidi QSFP, LC Duplex MMF, 100m OM3 or 150m OM4 | 1 |
| Shipped From BCT | 470-ACMO | Dell EMC Networking Cable, OM4 LC/LC Fiber Cable, (Optics required), 3Meter | 1 |
| Shipped From BCT | 470-ABLT | Dell Networking Cable, SFP+ to SFP+, 10GbE, Active Optical Cable (Optics Included), 5Meter | 1 |
| Shipped From BCT | 470-AAWE | Dell Networking Cable QSFP+ to QSFP+ 40GbE Passive Copper Direct Attach Cable 5 meter | 1 |
| Shipped From BCT | C60STPXC6XX31K | PATCHBOX Plus+ STP Cassette Black LR | 128 |
| Shipped From BCT | PBXFRAME | PATCHBOX® PLUS+ FRAME INCL. MOU | 6 |
| Shipped From BCT | GT-C14-C13-102-15F | IEC-C14 to IEC-C13 10A/250V Power Cable- 15FT | 2 |
| Shipped From BCT | 610640003 | QSFP-4x10SFP+ 3M  DAC Cable | 1 |
| Shipped From BCT | GT-LCLCDS2Y-3M | LC/LC Duplex Singlemode OS2 9/125 Cable Yellow- 3M | 1 |
| SM Gen-2 POC | AS -1124US-TNRP | H12DSU, 119UHTS-R1K22HP-T | 1 |
| Dell Gen-2 POC | 210-ATID | OEM PowerEdge R6525 Server | 1 |
| PVB-724 | AS -1124US-TNRP | H12DSU, 119UHTS-R1K22HP-T | 2 |
| PVB-724 | 210-ATCF | PowerEdge R6525 Server | 2 |

We have a vendor on standby to collect this hardware from your data center location, please let me know when this can be scheduled.

Thanks,

Chris Tarpley
DFINITY Data Center Coordinator

# EXHIBIT 2



Eric Bravick <ebravick@gmail.com>

# Return of DFINITY hardware
1 message

**Newman, Bradford** <Bradford.Newman@bakermckenzie.com>  Tue, Nov 2, 2021 at 12:26 PM
To: "ebravick@gmail.com" <ebravick@gmail.com>

Mr. Bravik:

As you are aware, I am counsel for DFINITY.

I am following up on the October 4, 2021 email below sent to you by Mr. Tarpley.

It is important that you provide a near-term date for DFINITY's vendor to collect this hardware from your data center location.

Please respond to this email by Thursday, November 4, 2021 so that the necessary arrangements can be me made for return of DFINITY's equipment.

Thank you.

Best,

**Bradford Newman**
Principal, Litigation

Chair of North America Trade Secrets Practice
Direct: +1 650 856 5509
Cell: +1 650 248 4911



bakermckenzie.com | Facebook | LinkedIn | Twitter

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message. Please visit www.bakermckenzie.com/disclaimers for other important information concerning this message.

---------- Forwarded message ---------
From: **Christopher Tarpley** <christopher.tarpley@dfinity.org>
Date: Mon, Oct 4, 2021 at 10:58 AM
Subject: Recovery of DFINITY hardware
To: <ebravick@gmail.com>
Cc: Luis Mompo Handen <luis@dfinity.org>, Josh Drake <josh.drake@dfinity.org>, Katie Peters <katie.peters@dfinity.org>

Hi Eric,

DFINITY needs to recover some hardware in your possession with regards to your former role with DFINITY. This is the inventory provided by Bluechip as hardware confirmed delivered to your data center address:

|  | **Part Number** | **Description** | **Quantity** |
|---|---|---|---|
| **Shipped From BCT** | 407-BBOU | DELL NETWORKING TRANSCEIVER, SFP+,10GBE,SR,850nm WAVELENGTH,300M REACH | 1 |
| **Shipped From BCT** | 407-BBZL | DELL NETWORKING ADATAPER, QSFP28 TO QSFP28 FOR SELECT OPTICS ONLY | 2 |
| **Shipped From** | SYS-5019D-FN8TP | SKYLAKE D, X11SDV-TPBF, 505-203B | 2 |

| | | | |
|---|---|---|---|
| Shipped From BCT | | | |
| Shipped From BCT | GT-C628MB-K6 | CAT6 550MHZ STRAIGHT THROUGH 28AWG CLEAR MOLDED | 18 |
| Shipped From BCT | AP79208 | RACK PDU SWITCHED 1U 12A 208V PERP 10A 230V 8 C13 | 1 |
| Shipped From BCT | 210-ALSU | Dell EMC Switch S4148T-ON, | 2 |
| Shipped From BCT | 210-AEDQ | S3048-ON, 48x 1GbE, 4x SFP+ 10GbE ports | 2 |
| Shipped From BCT | 407-BBXT | Dell Networking Transceiver, 40GbE, Bidi QSFP, LC Duplex MMF, 100m OM3 or 150m OM4 | 1 |
| Shipped From BCT | 470-ACMO | Dell EMC Networking Cable, OM4 LC/LC Fiber Cable, (Optics required), 3Meter | 1 |
| Shipped From BCT | 470-ABLT | Dell Networking Cable, SFP+ to SFP+, 10GbE, Active Optical Cable (Optics Included), 5Meter | 1 |
| Shipped From BCT | 470-AAWE | Dell Networking Cable QSFP+ to QSFP+ 40GbE Passive Copper Direct Attach Cable 5 meter | 1 |
| Shipped From BCT | C60STPXC6XX31K | PATCHBOX Plus+ STP Cassette Black LR | 128 |
| Shipped From BCT | PBXFRAME | PATCHBOX® PLUS+ FRAME INCL. MOU | 6 |
| Shipped From BCT | GT-C14-C13-102-15F | IEC-C14 to IEC-C13 10A/250V Power Cable- 15FT | 2 |
| Shipped From BCT | 610640003 | QSFP-4x10SFP+ 3M DAC Cable | 1 |

| Shipped From BCT | GT-LCLCDS2Y-3M | LC/LC Duplex Singlemode OS2 9/125 Cable Yellow- 3M | 1 |
|---|---|---|---|
| **SM Gen-2 POC** | AS -1124US-TNRP | H12DSU, 119UHTS-R1K22HP-T | 1 |
| **Dell Gen-2 POC** | 210-ATID | OEM PowerEdge R6525 Server | 1 |
| **PVB-724** | AS -1124US-TNRP | H12DSU, 119UHTS-R1K22HP-T | 2 |
| **PVB-724** | 210-ATCF | PowerEdge R6525 Server | 2 |

We have a vendor on standby to collect this hardware from your data center location, please let me know when this can be scheduled.

Thanks,

Chris Tarpley

DFINITY Data Center Coordinator


--

Explainer Video   |   White Paper   |   Media Kit   |   Testnet   |   Twitter   |   Medium   |   Telegram

**Josh Drake**

VP of Operations | DFINITY

dfinity.org