GABRIEL M. RAMSEY (SBN 209218)
gramsey@crowell.com
JOACHIM B. STEINBERG (SBN 298066)
jsteinberg@crowell.com
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Telephone: 415.986.2800
Facsimile: 415.986.2827

Attorneys for Defendant
ERIC BRAVICK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DFINITY USA RESEARCH, LLC, a limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ERIC BRAVICK, an individual and DOES 1 through 100, inclusive,<br><br>Defendant. | Case No. 5:22-cv-03732-NC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT ERIC BRAVICK'S MOTION TO DISMISS**<br><br>Date: August 10, 2022<br>Time: 1:00 p.m.<br>Ctrm: Courtroom 5<br>Judge: Hon. Nathanael Cousins<br><br>[Fed. R. Civ. P. 12(b)(6)]<br><br>Complaint filed: May 11, 2022 |

The motion of Eric Bravick ("Defendant" or "Bravick") for an order dismissing the Third (Civil Penalties Under California Penal Code 496(c) and Fifth (Unjust Enrichment/Constructive Trust) Causes of Action in the Complaint of Dfinity USA Research, LLC ("Plaintiff" or "Dfinity"), filed May 11, 2022 (the "Complaint"), under Federal Rule of Civil Procedure 12(b)(6), came on for hearing on August 10, 2022. Counsel appeared as stated on the record. Having read and considered the papers filed in connection with these matters, all pleadings on file in this matter, and arguments of counsel, the Court hereby GRANTS the Motion to Dismiss.

//

The third and fifth causes of action are dismissed without leave to amend.

**IT IS SO ORDERED.**

Dated:            , 2022

_____
The Honorable Nathanael Cousins
United States Magistrate Judge