1  GABRIEL M. RAMSEY (SBN 209218)
    gramsey@crowell.com
2  JOACHIM B. STEINBERG (SBN 298066)
    jsteinberg@crowell.com
3  CROWELL & MORING LLP
   3 Embarcadero Center, 26th Floor
4  San Francisco, CA 94111
   Telephone: 415.986.2800
5  Facsimile:  415.986.2827

6  Attorneys for Defendant
   ERIC BRAVICK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DFINITY USA RESEARCH, LLC, a limited liability company, | Case No. 5:22-cv-03732-NC |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT ERIC BRAVICK'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS** |
| v. | |
| ERIC BRAVICK, an individual and DOES 1 through 100, inclusive, | Date:   August 10, 2022<br>Time:   1:00 p.m.<br>Ctrm:   Courtroom 5<br>Judge:  Hon. Nathanael Cousins |
| Defendant. | [Fed. R. Civ. P. 12(b)(6)]<br><br>Complaint filed: May 11, 2022 |

Eric Bravick ("Defendant" or "Bravick") filed a request for judicial notice in support of his motion for an order dismissing the Third (Civil Penalties Under California Penal Code 496(c) and Fifth (Unjust Enrichment/Constructive Trust) Causes of Action in the Complaint of Dfinity USA Research, LLC ("Plaintiff" or "Dfinity"), filed May 11, 2022 (the "Complaint"), under Federal Rule of Civil Procedure 12(b)(6), came on for hearing on August 10, 2022. Having read and considered the papers filed in connection with these matters, all pleadings on file in this matter, and arguments of counsel, the Court hereby GRANTS the Request for Judicial Notice in Support of the Motion to Dismiss and takes judicial notice of the following documents:

CROWELL
& MORING LLP
ATTORNEYS AT LAW

[PROPOSED] ORDER GRANTING DEFENDANT'S
RJN IN SUPPORT OF MOTION TO DISMISS
PLAINTIFF'S COMPLAINT;
CASE NO. 5:22-cv-03732-NC

1. October 4, 2021 email from Christopher Tarpley to Eric Bravick attached as Exhibit 1 to the declaration of Eric Bravick.

2. November 2, 2021 email from Bradford Newman to Eric Bravick attached as Exhibit 2 to the declaration of Eric Bravick.

**IT IS SO ORDERED.**

Dated: _____, 2022

_____
The Honorable Nathanael Cousins
United States Magistrate Judge

CROWELL
& MORING LLP
ATTORNEYS AT LAW

2

[PROPOSED] ORDER GRANTING DEFENDANT'S
RJN IN SUPPORT OF MOTION TO DISMISS
PLAINTIFF'S COMPLAINT;
CASE NO. 5:22-cv-03732-NC