1  GABRIEL M. RAMSEY (SBN 209218)
   gramsey@crowell.com
2  JOACHIM B. STEINBERG (SBN 298066)
   jsteinberg@crowell.com
3  CROWELL & MORING LLP
   3 Embarcadero Center
4  26th Floor
   San Francisco, CA 94111
5  Telephone: 415.986.2800
   Facsimile: 415.986.2827

Attorneys for Defendant
ERIC BRAVICK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DFINITY USA RESEARCH, LLC, a limited liability company, | Case No. 5:22-cv-03732 |
|---|---|
| Plaintiff, | **CERTIFICATE OF SERVICE OF DEFENDANT ERIC BRAVICK'S MOTION TO DISMISS** |
| v. | Date: August 10, 2022<br>Time: 1:00 p.m.<br>Ctrm: Courtroom 5<br>Judge: Hon. Nathanael Cousins |
| ERIC BRAVICK, an individual and DOES 1 through 100, inclusive, | |
| Defendant. | Complaint filed: May 11, 2022 |

# CERTIFICATE OF SERVICE

*Dfinity USA Research, LLC v. Eric Bravick, et al.*
U.S. District Court (N.D. Cal.), Case No. 5:22-cv-03732

I, William H. Morris, state:

My business address is 3 Embarcadero Center, 26th Floor, San Francisco, CA 94111.  I am over the age of eighteen years and not a party to this action.

On the date set forth below, I served the foregoing document(s) described as:

**DEFENDANT ERIC BRAVICK'S NOTICE OF MOTION AND MOTION TO DISMISS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF;**

**DECLARATION OF ERIC BRAVICK IN SUPPORT OF DEFENDANT ERIC BRAVICK'S MOTION TO DISMISS AND REQUEST FOR JUDICIAL NOTICE;**

**[PROPOSED] ORDER GRANTING DEFENDANT ERIC BRAVICK'S MOTION TO DISMISS;**

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT ERIC BRAVICK'S MOTION TO DISMISS;**

**[PROPOSED] ORDER GRANTING DEFENDANT ERIC BRAVICK'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS; and**

**CERTIFICATE OF SERVICE OF DEFENDANT ERIC BRAVICK'S MOTION TO DISMISS**

on the following person(s) in this action:

| | |
|---|---|
| Christina M. Wong<br>Brandon N. Lee<br>Baker & McKenzie LLP<br>Two Embarcadero Center, 11th Floor<br>San Francisco, CA 94111<br>Telephone: 415.576.3000<br>Facsimile: 415.576.3099<br>christina.wong@bakermckenzie.com<br>brandon.lee@bakermckenzie.com | Attorneys for Plaintiff<br>Dfinity USA Research, LLC |

| | | |
|---|---|---|
| Bradford K. Newman | | Attorneys for Plaintiff |
| Baker & McKenzie LLP | | Dfinity USA Research, LLC |
| 600 Hansen Way | | |
| Palo Alto, CA 94304-1044 | | |
| Telephone: 650.856.2400 | | |
| Facsimile: 650.856.9299 | | |
| bradford.newman@bakermckenzie.com | | |

Dfinity USA Research, LLC                                       Plaintiff
411 Acacia Avenue
Palo Alto, CA 94306

Dfinity USA Research, LLC                                       Plaintiff
c/o CT Corporation System
330 N. Brand Boulevard, Suite 700
Glendale, California 91203

☒  **BY FIRST CLASS MAIL**:  I am employed in the City and County of San Francisco where the mailing occurred.  I enclosed the document(s) identified above in a sealed envelope or package addressed to the person(s) listed above, with postage fully paid.  I placed the envelope or package for collection and mailing, following our ordinary business practice.  I am readily familiar with this firm's practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.

☐  **BY MESSENGER SERVICE**:  I served the document(s) identified above by placing them in an envelope or package addressed to the person(s) listed above and providing them to a professional messenger service for service.  A declaration of personal service by the messenger will be filed within five (5) days.

☐  **BY OVERNIGHT DELIVERY**:  I enclosed the document(s) identified above in a sealed envelope or package addressed to the person(s) listed above, in an envelope or package designated by the overnight delivery carrier with delivery fees paid or provided for.  I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier, or by delivering to a courier or driver authorized by the overnight delivery carrier to receive documents.

☐  **BY FACSIMILE**:  Based on an agreement of the parties to accept service by facsimile transmission, I faxed the document(s) identified above to the person(s) at the fax number(s) listed above.  The transmission was reported complete and without error.  I have attached a copy of the transmission report that was issued by the facsimile machine.

☐  **BY ELECTRONIC SERVICE VIA ONE LEGAL**:  Pursuant to CCP 1010.6 and CRC 2.251, I electronically served the document(s) listed above on the person(s) associated with the email addresses shown on the Transaction Receipt maintained on the One Legal website by uploading those documents to One Legal service for email notification and retrieval by the notified persons. To the best of my knowledge, at the time of the transmission, the transmission was reported as complete and without error.

☐ <u>BY ELECTRONIC MAIL</u>: Based on a court order or an agreement of the parties to accept service by electronic mail, I caused the document(s) identified above to be transmitted electronically to the person(s) at the e-mail address(es) listed in the attached Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on July 7, 2022 at San Francisco, California.

_____
William H. Morris