1   GABRIEL M. RAMSEY (SBN 209218)
       gramsey@crowell.com
2   JOACHIM B. STEINBERG (SBN 298066)
       jsteinberg@crowell.com
3   CROWELL & MORING LLP
    3 Embarcadero Center, 26th Floor
4   San Francisco, CA 94111
    Telephone: 415.986.2800
5   Facsimile:  415.986.2827

6   Attorneys for Defendant
    ERIC BRAVICK

7

8

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11

12  DFINITY USA RESEARCH, LLC, a limited          Case No. 5:22-cv-03732-NC
    liability company,
13                                                **DECLARATION OF JOACHIM B.**
                   Plaintiff,                     **STEINBERG IN SUPPORT OF**
14                                                **DEFENDANT'S RESPONSE TO**
           v.                                     **ORDER TO SHOW CAUSE**
15
    ERIC BRAVICK, an individual and DOES 1        Complaint filed:  May 11, 2022
16  through 100, inclusive,

17                 Defendant.

18

19         I, Joachim B. Steinberg hereby declare and state as follows:

20         1.      I am a counsel with the law firm of Crowell & Moring LLP, counsel for Eric

21  Bravick ("Defendant" or "Bravick").  I am admitted to the bars of California and New York. I am

22  over eighteen years old. I make this declaration, except where noted, of my own personal

23  knowledge, and, if called upon to do so, could and would testify competently to the facts that it

24  contains.

25         2.      This Declaration is submitted in support of the response of Eric Bravick

26  ("Defendant" or "Bravick") to the Court's Order to Show Cause, filed June 28, 2022.

27         3.      Plaintiff's counsel Christina Wong represented to Mr. Bravick's counsel via email

28  on July 6, 2022 that no member of the Dfinity USA Research, LLC is a resident of Michigan.

1   Attached to this declaration as Exhibit A is a true and correct copy of that email.

2       4.      Attached to this declaration as Exhibit B is a true and correct copy of Dfinity USA

3   Research LLC's 2018 California Statement of Information.

4       5.      Attached to this declaration as Exhibit C is a true and correct copy of Dfinity USA

5   Research LLC's 2019 California Statement of Information.

6       6.      Artia Moghbel's LinkedIn profile shows him to be a citizen of Texas. A true and

7   correct copy of his LinkedIn profile captured on July 1, 2022 is attached as Exhibit D.

8       7.      A report obtained from D&B Credit on DFINITY shows seven individuals with a

9   status of "MNG MBR," which upon information and belief indicates a status as

10  "Manager/Member" for the LLC. A true and correct copy of this report is attached to this

11  Declaration as Exhibit E.

12      8.      The report lists the following seven individuals as Manager/Members: Dominic

13  Williams, Gian Bochsler, Jan Camenisch, Josh Drake, Lomesh Dutta, Michael Lee, and Paul

14  Meeusen.

15      9.      Attached to this declaration as Exhibit F is a true and correct copy of the LinkedIn

16  profile of Dominic Williams, captured on June 29, 2022. This profile lists the residence of

17  Dominic Williams as Zurich, Switzerland.

18      10.     Attached to this declaration as Exhibit G is a true and correct copy of the LinkedIn

19  profile of Gian Bochsler, captured on June 29, 2022. This profile lists the residence of Gian

20  Boschsler as Zug, Switzerland.

21      11.     Attached to this declaration as Exhibit H is a true and correct copy of the LinkedIn

22  profile of Jan Camenisch, captured on June 29, 2022. This profile lists the residence of Jan

23  Camenisch as Zurich, Switxerland.

24      12.     Attached to this declaration as Exhibit I is a true and correct copy of the LinkedIn

25  profile of Josh Drake, under the name "Josh D.", captured on June 29, 2022. This profile lists the

26  residence of Josh Drake as San Francisco, California.

27      13.     Attached to this declaration as Exhibit J is a true and correct copy of the LinkedIn

28  profile of Lomesh Dutta, captured on June 29, 2022. This profile lists the residence of Lomesh

1    Dutta as San Francisco, California.

2        14.    Attached to this declaration as Exhibit K is a true and correct copy of the LinkedIn

3    profile of Michael Lee, captured on June 29, 2022. This profile lists the residence of Michael Lee

4    as San Francisco, California.

5        15.    Attached to this declaration as Exhibit L is a true and correct copy of the LinkedIn

6    profile of Paul Meeusen captured on June 29, 2022. This profile lists the residence of Paul

7    Meeusen as Horgen, Switzerland.

8        I declare under penalty of perjury under the laws of the state of California and the United

9    States of America that the foregoing is true and correct.

10       Executed on July 8, 2022 at San Francisco, California.

11

12

13    _____
      Joachim B. Steinberg

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

**Aguirre-Dominguez, Diane**

| | |
|---|---|
| **From:** | Wong, Christina <Christina.Wong@bakermckenzie.com> |
| **Sent:** | Wednesday, July 6, 2022 3:06 PM |
| **To:** | Steinberg, Joachim |
| **Cc:** | Newman, Bradford; Lee, Brandon; Ramsey, Gabriel; Aguirre-Dominguez, Diane |
| **Subject:** | RE: Dfinity USA Research LLC v. Bravick |

External Email

Counsel,

We confirm that no member of DFINITY USA Research LLC is a resident of Michigan.

Best regards,
Christina

**Christina M. Wong**
Senior Associate, Dispute Resolution
**Baker McKenzie**
Two Embarcadero Center, 11th Floor
San Francisco, California 94111-3802, USA
Tel: +1 415 576 3022
christina.wong@bakermckenzie.com

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message. Please visit www.bakermckenzie.com/disclaimers for other important information concerning this message.

**From:** Steinberg, Joachim <JSteinberg@crowell.com>
**Sent:** Wednesday, July 6, 2022 10:27 AM
**To:** Newman, Bradford <Bradford.Newman@bakermckenzie.com>
**Cc:** Ramsey, Gabriel <GRamsey@crowell.com>; Aguirre-Dominguez, Diane <DAguirre-Dominguez@crowell.com>
**Subject:** [EXTERNAL] Dfinity USA Research LLC v. Bravick

Counsel,

I hope you had a good Fourth of July weekend. When we spoke on Friday, July 1, you asked me to email you if we hadn't heard back by Tuesday in response to our question about the members of Dfinity USA Research LLC. As a reminder, we asked whether any of the members of the LLC are citizens of Michigan. Based on our analysis, we don't believe that any of the members are, but can you confirm that for us by tomorrow?

Best regards,
Joachim

**Joachim B. Steinberg**
Pronouns: he/him/his
jsteinberg@crowell.com
+1.415.365.7461 direct   |   +1.917.575.6244 mobile

LinkedIn

Crowell & Moring LLP
3 Embarcadero Center
26th Floor
San Francisco, CA 94111

# Crowell

**Collaboration Powers Success**

crowell.com

This message may contain privileged and confidential information. IF IT WAS SENT TO YOU BY MISTAKE, DO NOT READ IT. Instead, please notify the sender (or postmaster@crowell.com) by reply e-mail, and delete this e-mail. Unauthorized dissemination, forwarding or copying of this e-mail is strictly prohibited.

# EXHIBIT B



**Secretary of State**
**Statement of Information**
(Limited Liability Company)

**LLC-12**

**18-D55195**

# FILED

In the office of the Secretary of State
of the State of California

**OCT 24, 2018**

**This Space For Office Use Only**

**IMPORTANT** — Read instructions before completing this form.

**Filing Fee – $20.00**

**Copy Fees** – First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

**1. Limited Liability Company Name** (Enter the exact name of the LLC.  If you registered in California using an alternate name, see instructions.)

DFINITY USA RESEARCH, LLC

| 2. 12-Digit Secretary of State File Number | 3. State, Foreign Country or Place of Organization (only if formed outside of California) |
|---|---|
| 201729110045 | DELAWARE |

**4. Business Addresses**

| | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| a. Street Address of Principal Office - Do not list a P.O. Box <br> 411 Acacia Ave | Palo Alto | CA | 94306 |
| b. Mailing Address of LLC, **if different than item 4a** <br> 411 Acacia Ave | Palo Alto | CA | 94306 |
| c. Street Address of **California** Office, if Item 4a is not in California - Do not list a P.O. Box <br> 411 Acacia Ave | Palo Alto | CA | 94306 |

**5. Manager(s) or Member(s)**

If no **managers** have been appointed or elected, provide the name and address of each **member**. At least one name **and** address must be listed. If the manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank).  If the manager/member is an entity, complete Items 5b and 5c (leave Item 5a blank).  Note:  The LLC cannot serve as its own manager or member.  If the LLC has additional managers/members, enter the name(s) and addresses on Form LLC-12A (see instructions).

| a. First Name, if an individual - Do not complete Item 5b | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Artia | | Moghbel | |

b. Entity Name - Do not complete Item 5a

| c. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 411 Acacia Ave | Palo Alto | CA | 94306 |

**6. Service of Process** (Must provide either Individual OR Corporation.)

**INDIVIDUAL** – Complete Items 6a and 6b only.  Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is **not** a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Kathy | | Nakahara | |

| b. Street Address (if agent is **not** a corporation) - **Do not enter a P.O. Box** | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 1500 Fashion Island Blvd, Suite 102 | San Mateo | CA | 94404 |

**CORPORATION** – Complete Item 6c only.  Only include the name of the registered agent Corporation.

c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b

**7. Type of Business**

a. Describe the type of business or services of the Limited Liability Company
Technology

**8. Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Dominic | | Williams | |

| b. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 411 Acacia Ave | Palo Alto | CA | 94306 |

**9. The Information contained herein, including any attachments, is true and correct.**

| 10/24/2018 | Mark Glanville | Accounting & Finance | |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

**Return Address (Optional)** (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document enter the name of a person or company and the mailing address. This information will become public when filed.  SEE INSTRUCTIONS BEFORE COMPLETING.)

Name:

Company:

Address:

City/State/Zip:

# EXHIBIT C

DocuSign Envelope ID: 8724584E-E325-408E-BA73-B77BEDBD789C



| Secretary of State Statement of Information (Limited Liability Company) | LLC-12 MA 91 | FILED Secretary of State State of California SEP 13 2019 |
|---|---|---|

**IMPORTANT** — This form can be filed online at *bizfile.sos.ca.gov*.

*Read instructions* before completing this form.

**Filing Fee – $20.00**

**Copy Fees** – First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

26|NF|CC|20 R 91719
*Above Space For Office Use Only*

**1. Limited Liability Company Name** (Enter the exact name of the LLC. If you registered in California using an alternate name, *see instructions*.)

DFINITY USA Research, LLC

| 2. 12-Digit Secretary of State Entity (File) Number | 3. State, Foreign Country or Place of Organization (only if formed outside of California) |
|---|---|
| 201729110045 | Delaware |

**4. Business Addresses**

| a. Street Address of Principal Office - Do not list a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 411 Acacia Ave. | Palo Alto | CA | 94306 |
| b. Mailing Address of LLC, if different than item 4a | City (no abbreviations) | State | Zip Code |
|  |  |  |  |
| c. Street Address of California Office, if Item 4a is not in California - Do not list a P.O. Box | City (no abbreviations) | State CA | Zip Code |
|  |  |  |  |

**5. Manager(s) or Member(s)**

If no managers have been appointed or elected, provide the name and address of each member. At least one name **and** address must be listed. If the manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank). If the manager/member is an entity, complete Items 5b and 5c (leave Item 5a blank). Note: The LLC cannot serve as its own manager or member. If the LLC has additional managers/members, enter the name(s) and address(es) on *Form LLC-12A*.

| a. First Name, if an individual - Do not complete Item 5b | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Artia |  | Moghbel |  |

b. Entity Name - Do not complete Item 5a

| c. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 411 Acacia Ave. | Palo Alto | CA | 94306 |

**6. Service of Process** (Must provide either Individual OR Corporation.)

INDIVIDUAL – Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is not a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
|  |  |  |  |
| b. Street Address (if agent is not a corporation) - Do not enter a P.O. Box | City (no abbreviations) | State CA | Zip Code |
|  |  |  |  |

CORPORATION – Complete Item 6c only. Only include the name of the registered agent Corporation.

c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b

C T Corporation System    C 0168401e

**7. Type of Business**

Describe the type of business or services of the Limited Liability Company

Technology

**8. Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Dominic |  | Williams |  |
| b. Address | City (no abbreviations) | State CA | Zip Code |
| 411 Acacia Ave. | Palo Alto |  | 94306 |

**9. The Information contained herein, including any attachments made part of this document, is true and correct.**

| 9/12/2019 | Juliana Che | Legal Operations | *DocuSigned by:* Juliana Che A387FF417E6F467... |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

LLC-12 (REV 01/2018)

2018 California Secretary of State
bizfile.sos.ca.gov

CA081a - 01/09/2018 Wolters Kluwer Online

# EXHIBIT D





Venture-backed consumer app for booking short-term stays with local hosts, all via mobile.

**Greycroft**
2 yrs 5 mos

Entrepreneur in Residence
2012 - 2013 · 1 yr

Investor
Sep 2010 - Jun 2012 · 1 yr 10 mos

Show all 9 experiences →

## Education

Columbia University in the City of New York

## Skills

**Entrepreneurship**

Endorsed by Bubba Page and 14 others who are highly skilled at this

Endorsed by 2 colleagues at Overnight - Homesharing with friends and more

53 endorsements

**Venture Capital**

Endorsed by David Rodriguez and 1 other who is highly skilled at this

Endorsed by 3 colleagues at L.E.K. Consulting

48 endorsements

**Start-ups**

Endorsed by David Rodriguez and 12 others who are highly skilled at this

Endorsed by 2 colleagues at Overnight - Homesharing with friends and more

40 endorsements

Show all 50 skills →

## Recommendations

Received    Given

Nothing to see for now
Recommendations that Artia receives will appear here.

## Interests

Influencers    Companies    Groups    Schools

**Hunter Walk** in
Partner at Homebrew VC (fmr YouTube, Google, Second Life product lead)
892,598 followers

**Jose Ferreira** in
founder of AllCourse, Bakpax, and Knewton
155,760 followers

# EXHIBIT E



**DFINITY USA RESEARCH, LLC** - Full Company View

Saved by **Sara Raffel** | 06-29-2022

# Summary

Order Reference: sraffel@crowell.com  |  **Report as of:** 06-29-2022  |  using Currency as USD

## DFINITY USA RESEARCH, LLC

Tradestyle(s):  DFINITY

`ACTIVE`  `SINGLE LOCATION`

**Address:**  904 Ramona St, Palo Alto, CA, 94301, UNITED STATES

**Phone:**  -

**D-U-N-S:**  08-964-9616

**In Portfolio:**  No

| Failure Score | Delinquency Score | Age of Business | Employees |
|---|---|---|---|
| **78** | **93** | **5 years** | **117** |
| (No change since last month) | (No change since last month) | 2017 Year Started | |

## Company Profile

**D-U-N-S**
08-964-9616

**Legal Form**
Corporation (US)

**History Record**
Clear

**Ownership**
Not publicly traded

**Mailing Address**
United States

**Present Control Succeeded**
2017

**Employees**
117

**Age (Year Started)**
5 years (2017)

**Named Principal**
Dominic Williams, MNG MBR

**Line of Business**
Custom computer programming

## Risk Assessment

**Overall Business Risk**

| LOW | LOW-MODERATE | MODERATE | MODERATE-HIGH | HIGH |
|---|---|---|---|---|

**Maximum Credit Recommendation**

**US$ 225,000**

**Dun & Bradstreet Thinks...**

- Overall assessment of this organization over the next 12 months: **VERY STABLE CONDITION**
- Based on the predicted risk of business discontinuation: **HIGH LIKELIHOOD OF CONTINUED OPERATIONS**
- Based on the predicted risk of severely delinquent payments: **VERY LOW POTENTIAL FOR SEVERELY DELINQUENT PAYMENTS**

The recommended limit is based on a low probability of severe delinquency.

## D&B Viability Rating

**Portfolio Comparison Score**

| 3 | | | | |
|---|---|---|---|---|

Low Risk (1)                    High Risk (9)

Company's risk level is: **LOW**

Probability that a company will go out of business, become dormant/inactive, or file for bankruptcy/insolvency within the next 12 months: **7.00 %**

## Failure Score Formerly Financial Stress Score

| | 78 | | | |
|---|---|---|---|---|

Low Risk (100)                    High Risk (1)

Company's risk level is: **LOW-MODERATE**

Probability of failure over the next 12 months: **0.10 %**



Past 12 Months

## Delinquency Score Formerly Commercial Credit Score

| 93 | | | | |
|---|---|---|---|---|

Low Risk (100)                    High Risk (1)

Company's risk level is: **LOW**

Probability of delinquency over the next 12 months: **1.35 %**



Past 12 Months

## D&B Rating

Current Rating as of 09-15-2021

**Special Rating**

**--** : Undetermined

### Legal Events

| Events | Occurrences | Last Filed |
|---|---|---|
| Bankruptcies | 0 | - |
| Judgements | 0 | - |
| Liens | 0 | - |
| Suits | 0 | - |

### Trade Payments

## Highest Past Due

| US$ 0 |
|---|

| Events | Occurrences | Last Filed |
|--------|-------------|------------|
| UCC | 0 | - |

**Highest Now Owing**
US$ 2,500

**Total Trade Experiences**
2

**Largest High Credit**
US$ 35,000

**Average High Credit**
US$ 18,750

---

## Ownership

This company is a **Single Location**

---

## Financial Overview

This company does not have a Financial Summary.

---

## Country/Regional Insight

**United States**



**Risk Category**

| LOW | MODERATE | HIGH |
|-----|----------|------|

Low Risk                                                                                          High Risk

Consecutive hikes in the Fed Funds Rate through end-2022 to fight stubborn inflation threaten to slow growth and increase unemployment.

---

# Risk Assessment

## D&B Risk Assessment

**Overall Business Risk**

| LOW | LOW-MODERATE | MODERATE | MODERATE-HIGH | HIGH |
|-----|--------------|----------|---------------|------|

**Maximum Credit Recommendation**

**US$ 225,000**

The recommended limit is based on a low probability of severe delinquency.

### Dun & Bradstreet Thinks...

- Overall assessment of this organization over the next 12 months: **VERY STABLE CONDITION**
- Based on the predicted risk of business discontinuation: **HIGH LIKELIHOOD OF CONTINUED OPERATIONS**
- Based on the predicted risk of severely delinquent payments: **VERY LOW POTENTIAL FOR SEVERELY DELINQUENT PAYMENTS**



## D&B Viability Rating

**Portfolio Comparison Score**

| 3 | | | | |
|---|---|---|---|---|

Low Risk (1)                                                                                    High Risk (9)

**Rating Confidence Level**

Robust Predictions        Decision Support        **Directional**        Basic

**Data Depth**
- Rich Firmographics
- Partial Commercial Trading Activity
- No Financial Attributes

| Level of Risk | Probability of becoming no longer viable | Percentage of businesses ranked with this score |
|---|---|---|
| **Low** | **7.00%** | **11.00%** |

Average probability of becoming no longer viable
**11.00%**



## Failure Score Formerly Financial Stress Score

| | 78 | | | |
|---|---|---|---|---|

Low Risk (100)                                                                                    High Risk (1)

- Insufficient number of payment experiences
- Limited time under present management control

| Level of Risk | Raw Score | Probability of Failure | Average Probability of Failure for Businesses in D&B Database |
|---|---|---|---|
| **Low-Moderate** | **1529** | **0.10%** | **0.48%** |

**Business and Industry Trends**



Failure Score  ○

## Delinquency Score Formerly Commercial Credit Score



| 93 | | | | |
|---|---|---|---|---|
| Low Risk (100) | | | | High Risk (1) |

- Limited time under present management control
- Higher risk industry based on delinquency rates for this industry

| Level of Risk | Raw Score | Probability of Delinquency | Compared to Businesses in D&B Database |
|---|---|---|---|
| **Low** | **588** | **1.35%** | **10.20%** |

### Business and Industry Trends

Delinquency Score  □    Industry Median ...  - - -

## D&B Rating



Current Rating as of 09-15-2021

**Special Rating**

**--** : Undetermined

# Trade Payments

## Trade Payments Summary (Based on 24 months of data)

| | | |
|---|---|---|
| Overall Payment Behavior<br>-<br>Days Beyond Terms | % of Trade Within Terms<br>**0%** | Highest Past Due<br>**US$ 0** |

**Highest Now Owing:**
US$ 2,500

**Total Trade Experiences:**
2

Largest High Credit:
US$ 35,000

Average High Credit:
US$ 18,750

**Total Unfavorable Comments:**
0

Largest High Credit:
US$ 0

**Total Placed in Collections:**
0

Largest High Credit:
US$ 0

## Trade Payments By Credit Extended (Based on 12 months of data)

| Range of Credit Extended (US$) | Number of Payment Experiences | Total Value | % Within Terms |
|---|---|---|---|
| 100,000 & over | 0 | US$ 0 | 0 |
| 50,000 - 99,999 | 0 | US$ 0 | 0 |
| 15,000 - 49,999 | 1 | US$ 35,000 | 100 |
| 5,000 - 14,999 | 0 | US$ 0 | 0 |
| 1,000 - 4,999 | 1 | US$ 2,500 | 100 |
| Less than 1,000 | 0 | US$ 0 | 0 |

## Trade Payments By Industry (Based on 24 months of data)

| Industry Category | Number of Payment Experiences | Largest High Credit (US$) | % Within Terms (Expand to View) | 1 - 30 Days Late (%) | 31 - 60 Days Late (%) | 61 - 90 Days Late (%) | 91 + Days Late (%) |
|---|---|---|---|---|---|---|---|
| ▼ 48 - Communications | 1 | 2,500 | | | | | |
| 4813 - Telephone communictns | 1 | 2,500 | 100 | 0 | 0 | 0 | 0 |

| Industry Category | Number of Payment Experiences | Largest High Credit (US$) | % Within Terms (Expand to View) | 1 - 30 Days Late (%) | 31 - 60 Days Late (%) | 61 - 90 Days Late (%) | 91 + Days Late (%) |
|---|---|---|---|---|---|---|---|
| ▼ 99 - Nonclassifiable Establishments | 1 | 35,000 | | | | | |
| 9999 - Nonclassified | 1 | 35,000 | 100 | 0 | 0 | 0 | 0 |

## Trade Lines

| Date of Experience | Payment Status | Selling Terms | High Credit (US$) | Now Owes (US$) | Past Due (US$) | Months Since Last Sale |
|---|---|---|---|---|---|---|
| 05/22 | Pays Promptly | - | 35,000 | 0 | 0 | Between 2 and 3 Months |
| 05/22 | Pays Promptly | - | 2,500 | 2,500 | 0 | 1 |

# Legal Events

| Judgements | Liens | Suits | UCC Filings |
|---|---|---|---|
| 0 | 0 | 0 | 0 |
| Latest Filing: - | Latest Filing: - | Latest Filing: - | Latest Filing: - |

D&B has not received any Public Filings for this company

# Special Events

There are no Special Events recorded for this business.

# Company Profile

## Company Overview

**D-U-N-S**
08-964-9616

**Legal Form**
Corporation (US)

**History Record**
Clear

**Ownership**
Not publicly traded

**Mailing Address**
United States

**Present Control Succeeded**
2017

**Employees**
117

**Age (Year Started)**
5 years (2017)

**Named Principal**
Dominic Williams, MNG MBR

**Line of Business**
Custom computer programming

## Business Registration

Corporate and business registrations reported by the secretary of state or other official source as of:  -
This data is for informational purposes only, certification can only be obtained through the Office of the Secretary of State.

| | |
|---|---|
| Registered Name | DFINITY USA RESEARCH, LLC |
| Corporation Type | Corporation (US) |
| Business Commenced On | 2017 |

## Principals

### Officers

DOMINIC WILLIAMS, MNG MBR
GIAN BOCHSLER, MNG MBR
JAN CAMENISCH, MNG MBR
JOSH DRAKE, MNG MBR
LOMESH DUTTA, MNG MBR
MICHAEL LEE, MNG MBR
PAUL MEEUSEN, MNG MBR

### Directors

THE OFFICER(S)

## Company Events

**The following information was reported on: 05-28-2022**

The Delaware Secretary of State's business registrations file showed that Dfinity USA Research, LLC was registered as a Limited Liability Company on August 9, 2017, under file registration number 6506821.

Business started 2017.

DOMINIC WILLIAMS. Antecedents not available.

GIAN BOCHSLER. Antecedents not available.

JAN CAMENISCH. Antecedents not available.

JOSH DRAKE. Antecedents not available.

LOMESH DUTTA. Antecedents not available.

MICHAEL LEE. Antecedents not available.

PAUL MEEUSEN. Antecedents not available.

## Business Activities And Employees

**The following information was reported on: 05-28-2022**

## Business Information

| | |
|---|---|
| Trade Names | DFINITY |
| Description | Provides computer programming services, specializing in software development (100%). |
| Employees | 117. |
| Financing Status | Unsecured |
| Facilities | Occupies premises in building. |

### SIC/NAICS Information

| SIC Codes | SIC Description | Percentage of Business |
|---|---|---|
| 7371 | Custom computer programming | - |
| 73710301 | Computer software development | - |

| NAICS Codes | NAICS Description |
|---|---|
| 541511 | Custom Computer Programming Services |

## Government Activity

### Activity Summary

| | |
|---|---|
| Borrower(Dir/Guar) | No |
| Administrative Debt | No |
| Contractor | No |
| Grantee | No |
| Party excluded from federal program(s) | No |

# Financials

| |
|---|
| D&B currently has no financial information on file for this company |

This information may not be reproduced in whole or in part by any means of reproduction.

©Dun & Bradstreet, Inc. 2022. All rights reserved

# EXHIBIT F

        

Ad ···
Make your layover relaxing and productive!
Stay in your own in-terminal private suite.
Follow



## Dominic Williams ∞
Internet Computer @DFINITY
Zurich, Switzerland · Contact info
500+ connections

DFINITY
King's College London

Connect   🔒 Message   More

## About
I'm moving my professional profile updates to the blockchain.
You can find me on distrikt:
https://az5sd-cqaaa-aaaae-aaarq-cai.ic0.app/u/vrf5

## Activity
7,295 followers

Dominic hasn't posted lately
Dominic's recent posts and comments will be displayed here.

Show all activity →

## Experience
**Founder/Chief Scientist**
DFINITY
Jan 2015 - Present · 7 yrs 6 mos
Zurich, SF and Palo Alto

Working on the Internet Computer!
https://internetcomputer.org
https://dfinity.org

**President & CTO**
String Labs, Inc
Jun 2015 - Feb 2018 · 2 yrs 9 mos
Palo Alto, California

String Labs is a boutique incubator of open protocol and next generation crypto

### People also viewed
Gian Bochsler · 3rd+
Fondateur chez Bochsler Finance & Associés
+ Follow

Timo Hanke · 3rd+
Principal Researcher at DFINITY
Connect

Connor Solimano · 3rd+
Investment Team at Insight Partners
Connect

Anna Escher · 3rd+
Head of Audience Development at DFINITY
Connect

John Plevyak · 3rd+
Director of Engineering at DFINITY
Connect

Benjamin Lynn · 3rd+
Engineer at DFINITY
Connect

Khushboo Bindlish · 3rd+
Lead Engineer at Dfinity
Connect

Bas van Dijk · 3rd+
Building the Internet Computer

Messaging 1

  
 **Dominic Williams** ∞
Internet Computer @DFINITY

More | 🔒 Message | **Connect**

---

Jun 2015 - Feb 2018 · 2 yrs 9 mos
Palo Alto, California

String Labs is a boutique incubator of open protocol and next generation crypto projects that is venture-backed. In the summer of 2016, String Labs began incubating the DFINITY project, generating very substantial returns for investors. String Labs has also worked on other crypto projects, including "mirror assets", which aimed to democratize access to investable assets around the world. Investors include Amino Capital, FBS Capital, Zhen Fund and IDG Capital Partners.

 **Digitial Assets**
School of Life
Jan 1999 - May 2016 · 17 yrs 5 mos

While I researched cryptography and distributed consensus techniques 2013-2015, I occupied myself trading digital assets. Before crypto, adventures included being the previous owner of the domain name "archives.com", which became the home to a billion dollar business, and long ago in the very early days of the mobile internet, I brokered the UK's largest sale of smartphones to Cantor Fitzgerald (if you're wondering, it was the XDA, running Microsoft Windows CE… how things change!!)

**Crypto enzyme**
Mirror Labs
Mar 2015 - Jun 2015 · 4 mos
San Francisco

Mirror Labs was an early pioneer of decentralized finance, aiming to create "mirror assets" on the Bitcoin blockchain through the application of techniques similar to thoe used in the Lightning Network. I joined to assist with software development methodologies, and knocked out a PoC decentralized marketplace for mirror assets that ran as an overlay on the Tox private chat network (in C++ and Go)

 **Founder/CEO**
Fight My Monster
2010 - Sep 2013 · 3 yrs 9 mos
London and San Francisco

Fight My Monster was an MMO game that grew at an explosive rate and entertained millions of children around the world. Incidentally the underlying infrastructure also helped pioneer several distributed computing technologies including the Cassandra database (applying the system in production while it was still in beta). After a January 2011 launch Fight My Monster grew to 1 million user accounts in the first year after picking up 30,000 users in the first two weeks. I was the main source of funding for the company, with two other angels, for the first year until we raised vc funds February 2012 then growing to almost 3M user accounts. At that stage our venture backers included Greycroft Partners (Klout, Buddy Media, Maker Studios), eVenture Capital Partners (Groupon, Angie's List, Sonos) and several well known angel investors.

Show all 7 experiences →

## Education

 **King's College London**
Bachelor's Degree, Computer Science
1992 - 1995

---

Building the Internet Computer

Connect

 **David Ribeiro Alves** · 3rd+
Distributed systems engineer

Connect

 **Diego Prats** · 3rd+ 
R&D at DFINITY (working on the Internet Computer)

Connect

in **LEARNING**

Add new skills with these courses, free for 24 hours

 **Unreal Engine: Game Terrain Techniques**

 **Supporting Your Mental Health While Working…**

 **Agile Software Development: Dealing…**

Access with Crowell & Moring LLP

---

Promoted ⋯

 **Communicate Effectively**
92% of professionals who use Grammarly say it has saved them time. Try now!

 **Bruce Clay Inc**
A PPC Agency That Actually Grows Your Business

AASTRA Intecom Intellectual Property Law **Patent Experts**
Get a free provisional patent if you file your non-provisional using us.

Messaging 1 ⋯ ✏ ^

---

      
 **Dominic Williams** ∞
Internet Computer @DFINITY

More    🔒 Message    **Connect**

the company, with two other angels, for the first year until we raised vc funds February 2012 then growing to almost 3M user accounts. At that stage our venture backers included Greycroft Partners (Klout, Buddy Media, Maker Studios), eVenture Capital Partners (Groupon, Angie's List, Sonos) and several well known angel investors.

Show all 7 experiences →

## Education

 **King's College London**
Bachelor's Degree, Computer Science
1992 - 1995

Grade: 1st Class Honours

1st Class Degree (equiv. summa cum laude in US) and academic prizes inc. Highest Scoring 1st Class Honors in Computer Science, Sambrooke Exhibition (best performance in School of Engineering and Physical Sciences) and others.

## Skills

Entrepreneurship

Distributed Systems

Decentralized Systems

Show all 11 skills →

## Interests

**Influencers**    Companies    Groups    Schools

 **Andrew 'Flip' Filipowski** in
Co Founder & Co CEO Fluree, PBC
234,111 followers

### Promoted ···

Communicate Effectively
92% of professionals who use Grammarly say it has saved them time. Try now!    ⟩

Bruce Clay Inc
A PPC Agency That Actually Grows Your Business    ⟩

Patent Experts
Get a free provisional patent if you file your non-provisional using us.    ⟩

**Linked** in

About                Accessibility      Questions?            Select Language
Community Guidelines Careers            Visit our Help Center. English (English) ▾
Privacy & Terms ▾    Ad Choices         Manage your account and privacy
Sales Solutions      Mobile             Go to your Settings.
Safety Center        Small Business

LinkedIn Corporation © 2022
Talent Solutions
Marketing Solutions
Advertising

 Messaging 🔴 ··· ✏ ⌃

# EXHIBIT G





**Founder**
Archery Blockchain Fund
Sep 2018 - Present · 3 yrs 10 mos

**Council Member**
DFINITY
Nov 2017 - Present · 4 yrs 8 mos

**Founder**
Bity
Mar 2014 - Present · 8 yrs 4 mos
Neuchâtel / Switzerland

The swiss gate to cryptocurrencies and collaborative economy

Show all 6 experiences →

## Skills

**Start-ups**
Endorsed by 3 colleagues at Bity
46 endorsements

**Entrepreneurship**
Endorsed by ... Christophe STALLA-BOURDILLON ... and 3 others who are highly skilled at this
Endorsed by 4 colleagues at Bity
44 endorsements

**Business Strategy**
Endorsed by 4 colleagues at Bity
42 endorsements

Show all 15 skills →

## Languages

**Anglais**

**Français**

## Causes

Animal Welfare • Arts and Culture • Children • Civil Rights and Social Action • Disaster and Humanitarian Relief •
Economic Empowerment • Education • Environment • Health • Human Rights • Politics • Poverty Alleviation • Science
and Technology • Social Services

## Interests

Companies    Schools

FLASH 76
225 followers

icologram® by Cybel'Art Ltd
772 followers

Show all 23 companies →

**Linked**in

About
Community Guidelines
Privacy & Terms ⌄
Sales Solutions
Safety Center

Accessibility
Careers
Ad Choices
Mobile

Talent Solutions
Marketing Solutions
Advertising
Small Business

Questions?
Visit our Help Center.

Manage your account and privacy
Go to your Settings.

Select Language
English (English)

LinkedIn Corporation © 2022

# EXHIBIT H





Document title: (99+) Jan Camenisch | LinkedIn
Capture URL: https://www.linkedin.com/in/jancamenisch/?originalSubdomain=ch
Capture timestamp (UTC): Wed, 29 Jun 2022 23:17:27 GMT

# EXHIBIT I







New. decentralized #Web3 technologies stand to address virtually all concerns of the old Internet, but all too often these networks are still built upon legacy infrastructure...   ...show more

What Does Web3 Truly Look Like? - CPO Magazine
www.cpomagazine.com • 5 min read

17

Josh D. posted this • 3mo

https://lnkd.in/gb5ES8vg

The Internet Computer Protocol (IC), has been designed to act as a replacement for the proprietary, legac   ...show more

The Internet Computer: We Have Restarted the Internet. Here's Why.
beincrypto.com • 7 min read

22

Show all activity →

## Experience

**Employee**
DFINITY
Mar 2019 - Present · 3 yrs 4 mos

**Employee**
Coinbase
Jan 2018 - Mar 2019 · 1 yr 3 mos

**Employee**
Veritas Technologies LLC
2017 - 2018 · 1 yr
Global

**Employee**
Maxim Integrated
2013 - 2017 · 4 yrs
Global

**Employee**
Triple Canopy | U.S. Department of State
2011 - 2013 · 2 yrs
Global

Show all 7 experiences →

## Licenses & certifications

**Private Pilot Multi Engine**
Federal Aviation Administration

**Private Pilot Single Engine**
Federal Aviation Administration

## Interests

**Influencers**   Companies   Groups   Schools

**Spencer Rascoff** in
Co-founder & Chair of Pacaso, Recon Food,
Queue, Path, dot.LA, 75 & Sunny Ventures
531,463 followers

Patent Experts
Get a free provisional patent if you file
your non-provisional using us.

Sage Cloud Hosting
Use Sage 100, 300, Office 365, Azure
and more with one low monthly fee.

You Need PR Results.
We deliver. Let Rasky be your corporate
and crisis communications partner.

**Linked**in

About
Community Guidelines
Privacy & Terms ⌄
Sales Solutions
Safety Center

Accessibility
Careers
Ad Choices
Mobile

Talent Solutions
Marketing Solutions
Advertising
Small Business

Questions?
Visit our Help Center.

Manage your account and privacy
Go to your Settings.

Select Language
English (English)

LinkedIn Corporation © 2022

Messaging 1

# EXHIBIT J



# Lomesh Dutta ∞

VP of Growth, DFINITY

San Francisco Bay Area · Contact info

3,843 followers · 500+ connections

**+ Follow**   🔒 Message   More

DFINITY

Delhi College of Engineering

Hiring: Developer Relations Engineer
DFINITY · San Francisco Bay Area · 9 days ago
See all details

## Activity

3,843 followers

+ Follow

Lomesh Dutta ∞ reshared a post • 7h

Supernova Demo Day!

Lomesh Dutta ∞ reshared a post • 3mo

Bridgeless Crypto: Promise of Direct Blockchain Integrations
coinspeaker.com · 4 min read

👍 5

Show all activity →

## About

Data driven product/growth leader.

Current: VP of Growth @ DFINITY

...see more

## Experience

**Vice President of Growth**
DFINITY · Full-time
Feb 2021 - Present · 1 yr 5 mos
San Francisco Bay Area

Building the true "world computer"

**VP Growth**
Abra
Oct 2017 - Feb 2021 · 3 yrs 5 mos
San Francisco Bay Area

Abra is building a global bank powered by crypto rails. I led product growth and marketing.

**Paytm**
1 yr 11 mos

**Vice President and Head of Growth (Bill Payments)**
Jun 2016 - Oct 2017 · 1 yr 5 mos
Noida Area, India

Paytm is India's largest fintech startup valued at $15bn+ with investments from Ant Financial, Berkshire Hathaway, SoftBank and T.Rowe.

Led product/growth/partnerships for all recurring consumer payments (Electricity, Water, Gas, Credit Cards, Transit Cards, Fee payment, Insurance, Toll).
- Managed team of PM's, identified growth vectors, defined product strategy & managed hypothesis driven experimentation.
- Led product integration with Bharat Bill Payment Services (in partnership with NPCI).



Ad •••
Make your layover relaxing and productive!

Stay in your own in-terminal private suite.

Follow

🅻 LEARNING
Add new skills with these courses, free for 24 hours

Software Development Life Cycle (SDLC)

Data Science Foundations: Fundamentals

AutoCAD 2021 Essential Training

Access with Crowell & Moring LLP

Promoted •••
Communicate Effectively
92% of professionals who use Grammarly say it has saved them time. Try now!

Bruce Clay Inc
A PPC Agency That Actually Grows Your Business

Patent Experts
Get a free provisional patent if you file your non-provisional using us.


💬 Messaging 1   •••



**Lomesh Dutta** ∞
VP of Growth, DFINITY

More   🔒 Message   + Follow

- Managed team of PM's. identified growth vectors. defined product strategy & managed hypothesis driven experimentation.
- Led product integration with Bharat Bill Payment Services (in partnership with NPCI).

- **Vice President and Business Head, Developer Platform (Payments)**
  Full-time
  Dec 2015 - Oct 2017 · 1 yr 11 mos
  Noida, India and San Francisco Bay Area

  Led Paytm's developer platform for merchant payment acceptance (business.paytm.com).
  - Managed 75+ person team comprising of product managers, UX, engineers, BD, marketing & sales.
  - Drove complete business/product strategy. defined and executed product roadmap, aligned cross functional stakeholders operations. risk, finance, payout. legal etc.

**Angel/Advisor**
Launchora Inc.
Feb 2014 - Oct 2017 · 3 yrs 9 mos
San Francisco Bay Area

**Co-Founder and CEO (acquired by Paytm)**
Near.in
Jul 2014 - Nov 2015 · 1 yr 5 mos
New Delhi Area. India

Near.in has been acquired by Paytm

- Led the team to create a marketplace for hyperlocal services.
- Drove overall business/product strategy and execution.
- Raised funding from investors in India and US.
- Formulated partnership to create services as a category on Paytm e-commerce marketplace which eventually resulted in the company getting acquired.

Show all 11 experiences →

## Education

**Delhi College of Engineering**
Bachelor of Technology (B.Tech.)
1998 - 2002

**The University of New Mexico**
Master of Science (M.S.)
2002 - 2004

**Ecole d'ingénieurs et d'architectes de Fribourg / Hochschule für Technik und Architektur Freiburg**
2001 - 2001

Internship at school of Engineering and Architecture - Fribourg - Switzerland.

## Skills

**Product Management**
Endorsed by Sudhir Kadam and 4 others who are highly skilled at this
Endorsed by 6 colleagues at Paytm
54 endorsements

**Business Development**
Endorsed by Mahesh Khera and 3 others who are highly skilled at this
Endorsed by 9 colleagues at Paytm
59 endorsements

**Start-ups**
Endorsed by Pankaj Jain and 8 others who are highly skilled at this
Endorsed by 9 colleagues at Paytm
93 endorsements

Show all 27 skills →

## Recommendations

**Promoted**                                                      ...

**Communicate Effectively**
92% of professionals who use
Grammarly say it has saved them time.
Try now!

**Bruce Clay Inc**
A PPC Agency That Actually Grows Your
Business

**Patent Experts**
Get a free provisional patent if you file
your non-provisional using us.



Endorsed by Sudhir Kadam and 4 others who are highly skilled at this

Endorsed by 6 colleagues at Paytm

54 endorsements

**Business Development**

Endorsed by Mahesh Khera and 3 others who are highly skilled at this

Endorsed by 9 colleagues at Paytm

59 endorsements

**Start-ups**

Endorsed by Pankaj Jain and 8 others who are highly skilled at this

Endorsed by 9 colleagues at Paytm

93 endorsements

Show all 27 skills →

## Recommendations

Received    Given

**Paolo Rizzardini**
Chief Executive Officer (CEO) Mondia Digital at Mondia Group
November 22, 2010. Paolo was Lomesh's client

Lomesh is a very talented and efficient manager. He can combine the right business view with a strong technical understanding. Working with him has been a great experience and I will surely do it again as soon as we get a chance.

**Umesh Ubriani**
IT Consultant
February 10, 2009. Umesh worked with Lomesh but on different teams

Have known Lomesh now for more than 10 years and have seen him transform into a successful entrepreneur. This is no mean achievement. given the fact that he has been able to do it in first 5 years of his professional life. He has uncanny ability to spot opportunity and pursue it till the end to make it a success.

I wish Lomesh success for all his future endeavors

**Nimesh Bhandari**
Category Head at Magicbricks
November 21, 2008. Nimesh worked with Lomesh but they were at different companies

Lomesh exudes lot of energy and enthusiasm in work.
His passion to create wirkle has been exemplary. He is also open to experimenting with new ideas and initiatives. He not only has a solid technological foundation but also has kind of magnetism and business insight which makes him an excellent Business development professional.

Show all 26 received →

## Interests

Influencers    Companies    Groups    Schools

**Guy Kawasaki**
On a mission to make people remarkable. Chief evangelist. Canva. Host. Remarkable People podcast.
3,053,311 followers

**Narendra Modi**
Prime Minister of India
3,764,536 followers

Show all 8 influencers →

Promoted    ⋯

**Communicate Effectively**
92% of professionals who use Grammarly say it has saved them time. Try now!

**Bruce Clay Inc**
A PPC Agency That Actually Grows Your Business

**Patent Experts**
Get a free provisional patent if you file your non-provisional using us.

**Linked**in

About
Community Guidelines
Privacy & Terms ⌄
Sales Solutions
Safety Center

Accessibility
Careers
Ad Choices
Mobile

Talent Solutions
Marketing Solutions
Advertising
Small Business

Questions?
Visit our Help Center.

Manage your account and privacy
Go to your Settings.

Select Language
English (English)

LinkedIn Corporation © 2022

# EXHIBIT K

Ad ···
Achieve your business goals with resources from Workbox Company

WORKBOX

Opportunities are knocking on your door!

Follow



## Michael Lee
Crypto at DFINITY

San Francisco, California, United States · Contact info

500+ connections

**Connect**    🔒 Message    More

DFINITY

Northwestern University - Kellogg School of Management

LEARNING
Add new skills with these courses, free for 24 hours

Agile Software Development: Dealing wit...

Supporting Your Mental Health While Working fro...

AutoCAD 2021 Essential Training

Access with Crowell & Moring LLP

Promoted ···

Communicate Effectively
92% of professionals who use Grammarly say it has saved them time. Try now! ›

Bruce Clay Inc
A PPC Agency That Actually Grows Your Business ›

Patents and Trademarks
Get a free provisional patent if you file your non-provisional using us. ›

## About

Currently leads global communications and marketing, community, Asia operations, and Web3 games at DFINITY. Our mission is to build, promote and maintain the Internet Computer — and by doing so, improve the world.

Led global communication teams at IBM and HP, and took Pivotal Software through a successful IPO.

Prior, worked for Democratic National Committee (DNC) Chairman David Wilhelm to make a difference in the lives of ordinary people – clients included Hillary Clinton, Jesse Jackson Sr., and Barack Obama.

Also created television properties for ABC, Comedy Central and Showtime, as well as directly investing in early stage startups and crypto projects. Started my career at Salomon Brothers after reading Liar's Poker.

## Activity
4,444 followers

Michael Lee commented on a post · 2mo

Bravo 👏

🟢🟢🟢 211                                    35 comments

Michael Lee commented on a post · 2mo

Bravo 👏

🟢🟢🟢 324                                    80 comments

Michael Lee commented on a post · 2mo

Bravo 👏

🟢🟢 89                                       20 comments

Show all activity →

## Experience



**Vice President, Communications**
DFINITY
2019 - Present · 3 yrs 6 mos
Palo Alto, CA

Responsible for teams stewarding global communications and marketing, community, Asia operations, and Web3 games.

The DFINITY Foundation incubated and launched the Internet Computer (May 2021), the most powerful general-purpose blockchain to build Web3 dapps, DeFi, games, NFTs, social media, and metaverse used by billions of users.

**Writer / Producer**
Walt Disney Television
2018 - 2019 · 1 yr
Burbank, CA

Co-created a television series (MURDER CAPITAL), currently under-development at ABC, alongside executive producers Chad Stahelski (JOHN WICK and THE MATRIX series) and Ice-T.

**Vice President, Communications**
Pivotal Software, Inc.
2015 - 2018 · 3 yrs

Messaging 1



**Michael Lee**
Crypto at DFINITY

More | Message | Connect

### Vice President, Communications
Pivotal Software, Inc.
2015 - 2018 · 3 yrs
San Francisco, CA

Led global communications for a five-year old cloud platform phenomenon — from fast-rising startup through IPO, and now as a global company with over 2,500 employees across 30 locations.

### Senior Director, Communications
HP
2013 - 2015 · 2 yrs
Palo Alto, CA

Led global communications for the Hewlett-Packard Company, a $120 billion annual revenue business operating in 170 countries with over 400,000 employees.

### Senior Manager, Communications
IBM
2008 - 2012 · 4 yrs
Armonk, NY

Show all 11 experiences →

## Education

**Northwestern University - Kellogg School of Management**
MBA
2010 - 2012

**University of Chicago**
MA, Economic Policy
1998 - 2000

**University of Chicago**
BA, Economics // BA, Public Policy
1995 - 1998

Show all 4 education →

## Volunteering

**Board Member**
The Extra Mile Organization
Jan 2012 - Jan 2015 · 3 yrs 1 mo
Health

## Skills

**Strategy**
Endorsed by Michael Schulze and 8 others who are highly skilled at this
Endorsed by 3 colleagues at Pivotal Software, Inc.
87 endorsements

**Management Consulting**
Endorsed by Justin Morrow who is highly skilled at this
Endorsed by 2 colleagues at HP
65 endorsements

**Business Strategy**
Endorsed by Ohad Mandelbaum and 4 others who are highly skilled at this
Endorsed by 4 colleagues at IBM
55 endorsements

Show all 10 skills →

## Honors & awards

**Irving B. Harris Fellowship**
Issued by University of Chicago · Jan 1999

Promoted · · ·

**Communicate Effectively**
92% of professionals who use Grammarly say it has saved them time. Try now!

**Bruce Clay Inc**
A PPC Agency That Actually Grows Your Business

**Patents and Trademarks**
Get a free provisional patent if you file your non-provisional using us.

Messaging



Document title: (99+) Michael Lee | LinkedIn
Capture URL: https://www.linkedin.com/in/cashbowie/
Capture timestamp (UTC): Wed, 29 Jun 2022 23:20:55 GMT

# EXHIBIT L



Document title: (99+) Paul Meeusen | LinkedIn
Capture URL: https://www.linkedin.com/in/paulmeeusen/?originalSubdomain=ch
Capture timestamp (UTC): Wed, 29 Jun 2022 23:22:33 GMT

 

**Paul Meeusen**
Vice President of Finance at DFINITY ∞ People may forget what you said or did, but never forget how you made them feel.

More | Message | + Follow

## About

Internet Computer Profile
https://az5sd-cqaaa-aaaae-aaarq-cai.ic0.app/u/paul_meeusen

Leading the Finance function at DFINITY and busy helping to build the Internet Computer. Humanity's first, truly decentralised global compute network.

Lived in 4 countries across 3 continents, as a finance and risk management professional with a mission to use technology to work smarter. Named by Acord as one of the Top Ten InsurTech Leaders in 2018, after co-founding and leading the first blockchain digital reinsurance platform. Track record of launching and managing start-ups and innovators. Formerly 25y, as global reinsurer, auditor, CFO, shared service leader. PwC consultant, accounting and treasury professional. Master in Economics, Leuven, Insead, IMD, Triathlon, EV and renewable energy early adopter. 4 languages. 3 core values. 2 children. 1 happy marriage. Motto: work smart, not just hard.

See all questions

Promoted ···


**Communicate Effectively**
92% of professionals who use Grammarly say it has saved them time. Try now!


**Bruce Clay Inc**
A PPC Agency That Actually Grows Your Business


**Patents and Trademarks**
Get a free provisional patent if you file your non-provisional using us.

## Experience


**Vice President Finance**
DFINITY · Full-time
Mar 2021 - Present · 1 yr 4 mos
Zurich, Switzerland

DFINITY develops the Internet Computer which is a public blockchain network enabling scalable, fast, open internet services. It allows all of humanity's software logic and data to run in smart contracts. It is created by independent data centers worldwide running the Internet Computer Protocol (ICP). The Finance team supports DFINITY's rapid growth and network adoption. www.dfinity.org


**Founder and owner**
Aitubi
Aug 2019 - Present · 2 yrs 11 mos
Zurich, Switzerland

Helping innovative businesses and entrepreneurs turning risks into opportunities. Recent client mandates included product management, regulatory compliance, business development, financial reporting and funding for cyber insurance, micro-insurance, blockchain and insurtech clients, across Germany, Liechtenstein, Switzerland and USA.


**Member Of The Board Of Advisors**
Beacon Horizon 2020
Jun 2019 - Present · 3 yrs 1 mo

Blockchain-fueled toolbox that couples leading Earth Observation technology with weather intelligence to deliver insights into the agri-insurance industry. Comprehensive risk and damage-assessment, smart contract monitoring and more.


**Chief Product Officer**
polypoly · Contract
Apr 2020 - Mar 2021 · 1 yr
Liechtenstein, Berlin

Chief Product Officer mandate at personal data management company (polypoly and its pre-decessor viadata.io) applying edge computing and federated data architecture. Lead business modelling and developed working prototype for telematics based variable insurance pricing, retaining user control over personal data. Sharing data, privacy preserved.


**Interim Management - CEO Switzerland**
COGITANDA Dataprotect AG · Contract
Oct 2019 - Mar 2020 · 6 mos
Zürich Area, Switzerland

International expansion of Cyber insurance MGA across Europe. Market study to assess feasibility and business case for entry into Switzerland, including regulatory, legal and industry specific aspects.

Show all 15 experiences →

## Education


**IMD**
Finance for Reinsurance
2001 - 2001
Grade: Executive Program

Advanced finance program, Prof. Didier Cossin


**INSEAD**
Young Managers Programme, Economics
1996 - 1997


**KU Leuven**
Masters, Economics
1983 - 1988

Messaging

---

Document title: (99+) Paul Meeusen | LinkedIn
Capture URL: https://www.linkedin.com/in/paulmeeusen/?originalSubdomain=ch
Capture timestamp (UTC): Wed, 29 Jun 2022 23:22:33 GMT



**Paul Meeusen**
Vice President of Finance at DFINITY ∞ People may forget what you said or did, but never forget how you made them feel.

More   Message   + Follow

Masters, Economics
1983 - 1988

## Volunteering

**Board Member**
Limmat Sharks Zurich
Nov 2012 - Dec 2017 · 5 yrs 2 mos
Children

Board member and head of finance for elite swimming team.

**Member, Past President Switzerland**
Round Table International
Jun 2001 - Present · 21 yrs 2 mos
Social Services

Round Table is a non-political, non-sectarian association open to men between the ages of 18 and 45, from any profession or trade.
https://rtinternational.org
Adapt. Adopt. Improve

## Licenses & certifications

**Charted Internal Auditor**
Institute of Internal Audit
Issued Jun 2009 · No Expiration Date
Credential ID 1414628

## Skills

**Risk Management**
Endorsed by Felix V. and 2 others who are highly skilled at this
Endorsed by 24 colleagues at Swiss Re
56 endorsements

**Financial Risk**
41 endorsements

**Internal Controls**
Endorsed by Rusty Nelligan who is highly skilled at this
Endorsed by 15 colleagues at Swiss Re
36 endorsements

Show all 33 skills →

## Recommendations

Received   Given

**Mark Simpson**
Enabling organisational competence, confidence, and commitment: optimising performance, resilience, and self-sufficiency. Entrepreneurial behavioural modelling that improves VC/PE venture selection and venture execution
January 2, 2020, Paul was Mark's client

Paul has been a client in a number of capacities for over ten years. During this time, I have seen Paul navigate a wide range of challenging and transformational situations.

Paul has consistently demonstrated a number of admirable qualities, skills and behaviours. At a skills level he has a deep knowledge across the insurance value chain having led, developed and transformed a range of functions. However, he is not content to rest on this expertise and is constantly looking to develop his knowledge. Paul is innately curious, looking outside his industry, demonstrating a strong ability to connect ideas and ground them in practical outcomes – a real entrepreneurial spirit.

As a leader Paul looks to coach and support his teams to grow and deliver, he seeks input and ideas, but is not afraid to make tough decisions.

Paul is an articulate and persuasive character that is able to grab and sustain the interest of his audience be that in large presentations or more intimate meetings. He is a person that leaves you with more knowledge and understanding than where you started.

Paul is incredibly hard working, has a strong values base and is highly resilient. It has always been a pleasure

**Promoted**

Communicate Effectively
92% of professionals who use
Grammarly say it has saved them time.
Try now!

Bruce Clay Inc
A PPC Agency That Actually Grows Your
Business

Patents and Trademarks
Get a free provisional patent if you file
your non-provisional using us.

Messaging

Paul Meeusen
Vice President of Finance at DFINITY ∞ People may forget what you said or did, but never forget how you made them feel.

More    Message    + Follow

Mark Simpson
Enabling organisational competence, confidence, and commitment; optimising performance, resilience, and self-sufficiency. Entrepreneurial behavioural modelling that improves VC/PE venture selection and venture execution

January 2, 2020, Paul was ■ Mark's client

Paul has been a client in a number of capacities for over ten years. During this time, I have seen Paul navigate a wide range of challenging and transformational situations.

Paul has consistently demonstrated a number of admirable qualities, skills and behaviours. At a skills level he has a deep knowledge across the insurance value chain having led, developed and transformed a range of functions. However, he is not content to rest on this expertise and is constantly looking to develop his knowledge. Paul is innately curious, looking outside of his industry, demonstrating a strong ability to connect ideas and ground them in practical outcomes – a real entrepreneurial spirit.

As a leader Paul looks to coach and support his teams to grow and deliver, he seeks input and ideas, but is not afraid to make tough decisions.

Paul is an articulate and persuasive character that is able to grab and sustain the interest of his audience be that in large presentations or more intimate meetings. He is a person that leaves you with more knowledge and understanding than where you started.

Paul is incredibly hard working, has a strong values base and is highly resilient. It has always been a pleasure to work with Paul – a man of great character and ability.

Nayeema Kouser
Director - Driving Business Value through Digital Finance
November 8, 2019, Nayeema reported directly to Paul

Paul is a visionary and an inspirational leader, someone who has his head on his shoulder and his heart in its right place, his expertise on block chain and in-depth knowledge on creating world class Organization is the best by far I have experienced, complete pleasure to work with

Rusty Nelligan
Independent Non-Executive Director
November 3, 2019, Rusty was senior to Paul but didn't manage Paul directly

I worked with Paul for many years first at PwC in Switzerland and then later at Swiss Re. He is a person of strong integrity, intellect, and ambition. He is creative and highly dependable, and a visionary leader.

Show all 9 received →

## Languages

**Dutch**
Native or bilingual proficiency

**English**
Native or bilingual proficiency

**French**
Professional working proficiency

Show all 4 languages →

## Interests

**Influencers**    Companies    Groups    Schools

**Herbert Diess** in
Chairman of the Board of Management of Volkswagen Group
275,123 followers

**Don Peppers** in
Customer experience expert, keynote speaker, business author. Founder of Peppers & Rogers Group
328,130 followers

Show all 3 influencers →

Promoted    •••

Communicate Effectively
92% of professionals who use Grammarly say it has saved them time. Try now!

Bruce Clay Inc
A PPC Agency That Actually Grows Your Business

Patents and Trademarks
Get a free provisional patent if you file your non-provisional using us.

Linked in

About
Community Guidelines
Privacy & Terms ∨
Sales Solutions
Safety Center

Accessibility
Careers
Ad Choices
Mobile

Talent Solutions
Marketing Solutions
Advertising
Small Business

Questions?
Visit our Help Center.

Manage your account and privacy
Go to your Settings.

Select Language
English (English)

LinkedIn Corporation © 2022

Messaging 1