1  Bradford K. Newman, State Bar No. 178902
   bradford.newman@bakermckenzie.com
2  **BAKER & McKENZIE LLP**
   600 Hansen Way
3  Palo Alto, CA  94304-1044
   Telephone:  +1 650 856 2400
4  Facsimile:  +1 650 856 9299

5  Christina M. Wong, State Bar No. 288171
   christina.wong@bakermckenzie.com
6  Brandon N. Lee, State Bar No. 335810
   brandon.lee@bakermckenzie.com
7  **BAKER & McKENZIE LLP**
   2 Embarcadero Center, Floor 11
8  San Francisco, CA 94111
   Telephone:  +1 415 576 3000
9  Facsimile:  +1 415 576 3099

10 Attorneys for Plaintiff
   DFINITY USA RESEARCH, LLC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DFINITY USA RESEARCH, LLC., a limited liability company, | Case No. 5:22-cv-03732-EJD |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING PLAINTIFF DFINITY USA RESEARCH, LLC'S ADMINISTRATIVE MOTION FOR RELIEF TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** |
| vs. | |
| ERIC BRAVICK, an individual and DOES 1 - 100, inclusive, | |
| Defendants. | **[L.R. 7-11]** |
| | Ctrm.:  4<br>Judge:  The Hon. Edward J. Davlia |
| | Removal of Action Filed: June 24, 2022<br>Santa Clara County Superior Court<br>Case No. 22CV398321 |
| | Complaint Filed: May 11, 2022 |

1  Having considered Plaintiff DFINITY USA Research, LLC's Administrative Motion for
2  Leave to File Opposition to Defendant's Motion to Dismiss, the Court hereby rules as follows:
3  Plaintiff is granted leave to file an opposition to Defendant's motion to dismiss and an
4  opposition to Defendant's request for judicial notice on or before August 3, 2022.

6  **IT IS SO ORDERED.**

  Dated: _____

  _____
  The Honorable Edward J. Davlia
  United States District Judge