1  GABRIEL M. RAMSEY (SBN 209218)
    gramsey@crowell.com
2  JOACHIM B. STEINBERG (SBN 298066)
    jsteinberg@crowell.com
3  CROWELL & MORING LLP
    3 Embarcadero Center, 26th Floor
4  San Francisco, CA 94111
    Telephone: 415.986.2800
5  Facsimile: 415.986.2827

6  Attorneys for Defendant
    ERIC BRAVICK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DFINITY USA RESEARCH, LLC, a limited liability company, | Case No. 5:22-cv-03732-EJD |
|---|---|
| Plaintiff, | **DEFENDANT ERIC BRAVICK'S NON-OPPOSITION TO PLAINTIFF'S ADMINISTRATIVE MOTION FOR RELIEF TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS AND OPPOSITION TO DEFENDANT'S REQUEST FOR JUDICIAL NOTICE** |
| v. | |
| ERIC BRAVICK, an individual and DOES 1 through 100, inclusive, | |
| Defendant. | Complaint filed: May 11, 2022 |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

DEFENDANT'S NON-OPPOSITION TO PLAINTIFF'S
ADMINISTRATIVE MOTION FOR RELIEF, ETC.;
CASE NO. 5:22-cv-03732-EJD

Defendant Eric Bravick hereby responds to Plaintiff's administrative motion seeking more time to file an opposition to Defendant's Motion to Dismiss and Request for Judicial Notice. Defendant does not oppose Plaintiff's administrative motion. Plaintiff's counsel asked Defendant to stipulate to an extension to file their opposition past the prescribed court deadline on Thursday, July 28th at 5:40 p.m., but due to trial schedules and work travel Defendant's counsel was unable to respond the next day.  Defendant does not oppose Plaintiff's request for an extension of time to file their opposition to Plaintiff's Motion to Dismiss on August 3, 2022.

Dated:  August 2, 2022					Respectfully submitted,

							CROWELL & MORING LLP


							By: */s/ Gabriel M. Ramsey*
							     Gabriel M. Ramsey
							     Joachim B. Steinberg

							     Attorneys for Defendant
							     ERIC BRAVICK