1  Bradford K. Newman, State Bar No. 178902
   bradford.newman@bakermckenzie.com
2  **BAKER & McKENZIE LLP**
   600 Hansen Way
3  Palo Alto, CA  94304-1044
   Telephone: +1 650 856 2400
4  Facsimile:  +1 650 856 9299

5  Christina M. Wong, State Bar No. 288171
   christina.wong@bakermckenzie.com
6  **BAKER & McKENZIE LLP**
   2 Embarcadero Center, Floor 11
7  San Francisco, CA 94111
   Telephone: +1 415 576 3000
8  Facsimile:  +1 415 576 3099

9  Attorneys for Plaintiff
   DFINITY USA RESEARCH, LLC
10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13

| DFINITY USA RESEARCH, LLC., a limited liability company, | Case No. 5:22-cv-03732-EJD |
|---|---|
| Plaintiff, | **PLAINTIFF DFINITY USA RESEARCH, LLC'S NOTICE OF SETTLEMENT** |
| vs. | |
| ERIC BRAVICK, an individual and DOES 1 - 100, inclusive, | |
| | Ctrm.:  4, 5th Floor<br>Judge:  The Hon. Edward J. Davila |
| Defendants. | Removal of Action Filed: June 24, 2022<br>Santa Clara County Superior Court<br>Case No. 22CV398321 |
| | Complaint Filed: May 11, 2022 |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff DFINITY USA RESEARCH, LLC ("Plaintiff") and Defendant ERIC BRAVICK ("Defendant") (collectively the "Parties"), by and through their respective counsel have agreed to a settlement in principle, which is contingent upon the completion of a written settlement agreement that will resolve all issues in the above-captioned litigation.

All requirements for final settlement are expected to be completed within 30 days of this Notice, and within that time, Plaintiff expects to file a notice of voluntary dismissal with prejudice.

Therefore, the Parties respectfully request that this Court stay all proceedings in this action, including the April 12, 2023 deadline for Plaintiff to file an amended complaint (Dkt. No. 23), to allow the Parties to finalize their settlement agreement and file their dismissal with the Court no later than May 12, 2022.

Dated: April 12, 2023

Respectfully Submitted,

BAKER & McKENZIE LLP

By: /s/ Bradford K. Newman
    Bradford K. Newman
    Christina M. Wong
    Attorneys for Plaintiff
    DFINITY USA RESEARCH, LLC