

**Joachim B. Steinberg**
jsteinberg@crowell.com
(415) 365-7461  direct

Crowell & Moring LLP
3 Embarcadero Center
26th Floor
San Francisco, CA 94111
+1.415.986.2800  main
+1.415.986.2827  fax

July 11, 2023

**VIA CM/ECF**

The Honorable Nathaniel M. Cousins, U.S.M.J.
United States District Court
280 South First Street
Courtroom 5, 4th Floor
San Jose, California 95113

Re:   *DFINITY USA Research, LLC v. Eric Bravick*
      United States District Court (N.D. Cal.) Case No. 5:22-cv-03732-EJD

Dear Judge Cousins:

      On June 30, 2023, the Court ordered the parties to appear for a settlement conference on August 11, 2023. (Dkt. 32.) However, Defendant's counsel from Crowell & Moring LLP are unavailable on that date due to work travel commitments. Plaintiff's counsel from Baker & McKenzie LLP do not object to a continuance. Counsel for both parties have conferred, and respectfully request that the Court continue the settlement conference to August 22, 2023. While the parties are aware that the Court typically schedules settlement conferences on Tuesdays and Thursdays, the parties wish to advise the Court that they are also available on August 23rd and 25th, if the Court has availability on those dates.

Respectfully,

*/s/ Joachim B. Steinberg*

Joachim B. Steinberg

JBS:whm

cc:   Bradford K. Newman (via CM/ECF)
      Christina M. Wong (via CM/EDF)